

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2015

No. 04-15-00077-CV

Harry Oliver **WINKENHOWER**,
Appellant

v.

George Allan **SMITH**, independent executor of the Estate of Lyda Catherine Smith, Deceased,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-14-0000018
Honorable M. Rex Emerson, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to May 29, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:    Brent Barton Hamilton　　　　　Cynthia Cox Payne
1602 13th Street　　　　　　　　PO Box 1178
Lubbock, TX 79401-3831　　　　Bandera, TX 78003-1178

Daniel Pozza
Law Offices Of Dan Pozza
239 E Commerce St
San Antonio, TX 78205-2923